IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN PHARMACEUTICAL PARTNERS, INC., BIGMAR, INC., and BIGMAR-BIOREN PHARMACEUTICALS, S.A., <br><br> Defendants. | C.A. No. 04-1564 -KAJ |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that plaintiff Mayne Pharma (USA) Inc. shall file and serve its answering brief in response to the motion to dismiss of American Pharmaceutical Partners, Inc. ("APP") (D.I. 17) on or before March 18, 2005, and APP shall file its reply brief in support of the motion on or before April 6, 2005.

YOUNG CONAWAY
  STARGATT & TAYLOR, LLP

/s/ [signature]
_____
C. Barr Flinn (No. 4092)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
*Attorneys for Mayne Pharma (USA) Inc.*

MORRIS NICHOLS ARSHT & TUNNELL

/s/ Thomas C. Grimm
_____
Thomas C. Grimm (No. 1098)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 575-7273
tgrimm@mnat.com

*Attorneys for American Pharmaceutical Partners, Inc.*

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge