# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M STARGATT
BEN T CASTLE
SHELDON N SANDLER
RICHARD A LEVINE
RICHARD A ZAPPA
FREDERICK W IOBST
RICHARD H MORSE
DAVID C MCBRIDE
JOSEPH M NICHOLSON
CRAIG A KARSNITZ
BARRY M WILLOUGHBY
JOSY W INGERSOLL
ANTHONY G FLYNN
JEROME K GROSSMAN
EUGENE A DIPRINZIO
JAMES L PATTON, JR
ROBERT L THOMAS
WILLIAM D JOHNSTON
TIMOTHY J SNYDER
BRUCE L SILVERSTEIN
WILLIAM W BOWSER
LARRY J TARABICOS
RICHARD A DILIBERTO, JR
MELANIE K SHARP
CASSANDRA F ROBERTS
RICHARD J A POPPER
TERESA A CHEEK
NEILLI MULLEN WALSH
JANET Z CHARLTON
ROBERT S BRADY
JOEL A WAITE
BRENT C SHAFFER
DANIEL P JOHNSON
CRAIG D GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S LESSNER
PAULINE K MORGAN
C BARR FLINN
NATALIE WOLF
LISA B GOODMAN
JOHN W SHAW
JAMES P HUGHES, JR
EDWIN J HARRON
MICHAEL R NESTOR

MAUREEN D LUKE
ROLIN P BISSELL
MATTHEW P DENN
SCOTT A HOLT
JOHN T DORSEY

ATHANASIOS E AGELAKOPOULOS
JOSEPH M BARRY
KEVIN M BAIRD
SEAN M BEACH
TIMOTHY P CAIRNS
M BLAKE CLEARY
CURTIS J CROWTHER
ERIN EDWARDS
IAN S FREDERICKS (NJ & PA ONLY)
DANIELLE GIBBS
SEAN T GREECHER
KARA S HAMMOND
DAWN M JONES
RICHARD S JULIE (NY ONLY)
KAREN E KELLER
JENNIFER M KINKUS
EDWARD J KOSMOWSKI
JOHN C KUFFEL (MD ONLY)
TIMOTHY E LENGKEEK
MATTHEW B LUNN
JOSEPH A MALFITANO
GLENN C MANDALAS
ADRIA B MARTINELLI
MICHAEL W MCDERMOTT
MATTHEW B MCGUIRE
MARIBETH L MINELLA
EDMON L MORTON
JENNIFER R NOEL
JOHN J PASCHETTO
ADAM W POFF
SETH J REIDENBERG
FRANCIS J SCHANNE
MICHAEL P STAFFORD
JOHN E TRACEY
ALFRED VILLOCH, III
CHRISTIAN DOUGLAS WRIGHT
SHARON M ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6642
FAX: (302) 576-3326

E-MAIL: apoff@ycst.com

H ALBERT YOUNG
1929-1982
H JAMES CONAWAY, JR
1947-1990
WILLIAM F TAYLOR
1954-2004

STUART B YOUNG
EDWARD B MAXWELL, 2ND
SHELDON A WEINSTEIN
OF COUNSEL

JOHN D MCLAUGHLIN, JR
ELENA C NORMAN (NY ONLY)
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P O BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

April 11, 2005

**BY ELECTRONIC FILING**

Peter T. Dalleo
Clerk of the Court
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:   *Mayne Pharma (USA) Inc. v. American Pharmaceutical Partners, Inc., et al.*
              <u>U.S. Dist. Ct. C.A. No. 04-1564-KAJ</u>

Dear Dr. Dalleo:

      Enclosed please find a redacted, public version of the Complaint filed under seal in the above-captioned matter (D.I. 1). Should you have any questions or concerns, counsel for plaintiff are available at the your convenience.

                                                Respectfully,

                                                Adam W. Poff (#3990)

AWP
Enclosure
cc:    Thomas C. Grimm, Esquire