IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN PHARMACEUTICAL )<br>PARTNERS, INC., BIGMAR, INC., )<br>and BIGMAR-BIOREN )<br>PHARMACEUTICALS, S.A., )<br>)<br>Defendants. )<br>) | C.A. No. 04-1564-KAJ |

**REQUEST TO CLERK FOR ENTRY OF DEFAULT
AGAINST DEFENDANT BIGMAR-BIOREN PHARMACEUTICALS, S.A.**

To:   Dr. Peter T. Dalleo
      Clerk of the Court
      United States District Court for the District of Delaware

Plaintiff hereby requests the entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against defendant Bigmar-Bioren Pharmaceuticals, S.A. for its failure to plead or otherwise defend in the above action as provided by the Federal Rules of Civil Procedure, as appears from the Affidavit of Adam W. Poff, filed contemporaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
Adam W. Poff (No. 3990)
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6698

*Attorneys for plaintiff Mayne Pharma (USA) Inc.*

Dated:  June 8, 2005

WP3:1118661.1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on June 8, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Thomas C. Grimm, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on June 8, 2005, I caused two copies of the foregoing document to be served by hand delivery on the above-listed counsel of record and in the manner indicated below following non-registered parties:

**BY HAND DELIVERY**

> Bigmar, Inc.
> c/o Corporation Service Company
> 7111 Centerville Road
> Wilmington, DE 19808

**BY REGISTERED MAIL**

> Bigmar-Bioren Pharmaceuticals, S.A.
> Via Cadepiano 24/26
> CH-6917 Barbengo, Switzerland

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

Attorneys for Plaintiff