# EXHIBIT A

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

*Administration des Postes des Etats-Unis d'Amérique*

*Par Avion*

Postmark of the office returning the receipt
*Timbre du bureau renvoyant l'avis*

Return by the quickest route (air or surface mail), a découvert and postage free.

*A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.*

The sender completes and indicates the address for the return of this receipt.
(*A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.*)

Name or Firm (*Nom ou raison sociale*)
Mark P. Rigney — Young Conaway Stargatt & Taylor LLP
The Brandywine Building    P.O. Box 391
1000 West Street, 17th Floor
Street and Number (*Rue et no.*)
Wilmington, DE 19801
City, State, and ZIP + 4 (*Localité et code postal*)

UNITED STATES OF AMERICA          Etats-Unis d'Amérique

PS Form 2865, February 1997    *Avis de réception*    CN07 (Old C5)

---

Item Description (*Nature de l'envoi*)
☐ Registered Article (*Envoi recommandé*)  ☐ Letter (*Lettre*)  ☐ Printed Matter (*Imprimé*)  ☐ Other (*Autre*)  ☐ Recorded Delivery (*Envoi à livraison attestée*)  ☐ Express Mail International

☐ Insured Parcel (*Colis avec valeur déclarée*)   Insured Value (*Valeur déclarée*)   Article Number
Office of Mailing (*Bureau de dépôt*)                                                  Date of Posting (*Date de dépôt*)

Addressee Name or Firm (*Nom ou raison sociale du destinataire*)
Bigmar-Bioren SA
Street and No. (*Rue et No.*)
Via Cadepiano 24/26
Place and Country (*Localité et pays*)
Barbengo, Switzerland  CH-6917

Postmark of the office of destination (*Timbre du bureau de destination*)

This receipt must be signed by: (1) the addressee or; (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(*Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.*)

☐ The article mentioned above was duly delivered.
(*L'envoi mentionné ci-dessus a été dûment livré.*)

Date 13-1...

Signature of Addressee (*Signature du destinataire*)
Monch

Office of Destination Employee Signature (*Signature de l'agent du bureau de destination*)

PS Form 2865, February 1997 (Reverse)

# EXHIBIT B

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Delaware

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* | |
|---|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | TRIBUNALE DI APPELLO<br>via Pretorio<br>6901 Lugano<br>Tessin<br><br>Switzerland | ROGATORIE<br>TRIBUNALE DI APPELLO<br>1 1 MAR. 2005<br>Esibito No. 116 |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
      (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
      *(identité et adresse)*    Bigmar-Bioren Pharmaceuticals, S.A.
_____Via Cadepiano 24/26, Barbengo, Switzerland, CH-6917_____
                        Tel:
[ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[X]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b)*:By personally delivering the documents into the hands of any officer, managing agent or any other agent authorized to accept service of process upon the defendant. If you are unable to effect service by this method, please proceed with service in accordance with sub-paragraph (a) above.
[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Complaint<br>Order Authorizing Special Process Server<br>Letter<br>Alias Summons in a Civil Case<br>Plaintiff's Rule 7.1(a) Disclosure Statement<br>Civil Cover Sheet<br>Notice of Assignment of Judge<br>Translations<br>Summary of the Documents to be Served | Done at                                         , the<br>*Fait à* Minneapolis, Minnesota, U.S.A.     , *le* 3/7/05<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Registre du commerce de Neuchâtel: Extrait complet

Registre du commerce de Neuchâtel
**Extrait complet**

République et Canton de Neuchâtel

le 22.03.2005 à 17:00 [Etat au 21.03.2005]

| Report du | Nature juridique | Date d'inscription | Numéro fédéral | Numéro de dossier |
|---|---|---|---|---|
| 21.07.1998 | Société anonyme | 18.06.1987 | CH-645-1006542-5 | 60097/1987 |

| Réf. | Raison Sociale | Réf. | Siège |
|---|---|---|---|
| 9 | Bigmar - Bioren Pharmaceuticals S.A. en liquidation | 1 | Couvet (précédemment à Neuchâtel) |

| Réf. | Adresse | Réf. | Dates des Statuts |
|---|---|---|---|
| 1 | rue des Iles 4b | 1 | 17.07.1986 |
| | | | 15.03.1993 |
| | | 7 | 10.07.2003 (nouv. stat.) |

| | Capital-actions | | |
|---|---|---|---|
| Réf. | Nominal | Libéré | Actions |
| 1 | CHF 5'000'000 | CHF 5'000'000 | 5'000 actions de CHF 1'000, nominatives |

| Inscr. | Rad. | Apports en nature, reprises de biens, avantages particuliers |
|---|---|---|
| 1 | | Reprise de biens: un immeuble sis en Suisse pour le prix maximum de 6'400'000 CHF. |

| Inscr. | Rad. | But, Observations |
|---|---|---|
| 1 | | But: achat, vente et fabrication de produits chimiques et pharmaceutiques; assumer des participations. |
| 1 | | Administration: un ou plusieurs membres |
| 7 | | Reprise des actifs et passifs, au sens de l'article 748 CO, de la société "Bigmar Pharmaceuticals SA", à Couvet, selon bilan au 31.12.2002, présentant un actif de CHF 22'164'180, et un passif envers les tiers de CHF 14'851'025, soit un actif net de CHF 7'313'155. La totalité du capital-actions de la société absorbante et de la société absorbée étant détenue par la même société, la fusion ne donne lieu à aucune augmentation du capital. |
| 9 | | La société est dissoute par suite de faillite prononcée par jugement du Tribunal civil du district du Val-de-Travers, en date du 24.11.2004. |

| Réf. | Organe de publication - mode de communication aux actionnaires |
|---|---|
| 1 | FOSC |

| | Journal | | Publication FOSC | |
|---|---|---|---|---|
| Réf. | Numéro | Date | Date | Page |
| | report | | | |

3/22/2005

| | | | | |
|---|---|---|---|---|
| 1 | 92 | 12.09.1995 | 25.09.1995 | 5295 |
| 2 | 1643 | 29.07.1998 | 11.08.1998 | 5549 |
| 3 | 2679 | 21.12.1998 | 08.01.1999 | 117 |
| 4 | 520 | 27.02.2002 | 05.03.2002 | 8 |
| 5 | 602 | 11.03.2002 | 15.03.2002 | 10 |
| 6 | 2000 | 16.07.2002 | 22.07.2002 | 8 |
| 7 | 1735 | 11.07.2003 | 17.07.2003 | 9 |
| 8 | 2233 | 15.09.2004 | 21.09.2004 | 9 |
| 9 | 3130 | 21.12.2004 | 27.12.2004 | 15 |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr. | Mod. | Rad. | Nom et Prénom(s), Origine, Domicile | Fonctions | Mode de signature |
| | 7 | | Kramer Bernard, de Hasle bei Burgdorf, à Couvet | adm. | signature individuelle |
| 7 | | | "BDO International AG", à Zurich | réviseur | |

le 22.03.2005 à 17:00 [Etat au 21.03.2005]

---

*Les informations ci-dessus sont fournies sans garantie ; elles n'entraînent pas l'effet de publicité, attaché seulement à l'extrait certifié conforme établi par l'Office cantonal du registre du commerce et aux textes des publications parues dans la Feuille officielle suisse du commerce (FOSC).*

---

[ Avec radiation ]

[ Recherche en Suisse ]   [ Recherche Neuchâtel ]   [ Home Neuchâtel ]

*Si vous avez un problème avec notre serveur Web vous pouvez nous envoyer un message électronique*

 Registre du commerce de Neuchâtel
**Extrait complet**

le 14.03.2005 à 17:12 [Etat au 11.03.2005]

| Report du | Nature juridique | Date d'inscription | Numéro fédéral | Numéro de dossier |
|---|---|---|---|---|
| 21.07.1998 | Société anonyme | 18.06.1987 | CH-645-1006542-5 | 60097/1987 |

| Réf. | Raison Sociale | Réf. | Siège |
|---|---|---|---|
| 9 | Bigmar - Bioren Pharmaceuticals S.A. en liquidation | 1 | Couvet (précédemment à Neuchâtel) |

| Réf. | Adresse | Réf. | Dates des Statuts |
|---|---|---|---|
| 1 | rue des Iles 4b | 1 | 17.07.1986 |
| | | | 15.03.1993 |
| | | 7 | 10.07.2003 (nouv. stat.) |

| | Capital-actions | | |
|---|---|---|---|
| Réf. | Nominal | Libéré | Actions |
| 1 | CHF 5'000'000 | CHF 5'000'000 | 5'000 actions de CHF 1'000, nominatives |

| Inscr. | Rad. | Apports en nature, reprises de biens, avantages particuliers |
|---|---|---|
| 1 | | un immeuble sis en Suisse pour le prix maximum de 6'400'000 CHF. |

| Inscr. | Rad. | But, Observations |
|---|---|---|
| 1 | | achat, vente et fabrication de produits chimiques et pharmaceutiques; assumer des participations. |
| 1 | | un ou plusieurs membres |
| 7 | | Reprise des actifs et passifs, au sens de l'article 748 CO, de la société "Bigmar Pharmaceuticals SA", à Couvet, selon bilan au 31.12.2002, présentant un actif de CHF 22'164'180, et un passif envers les tiers de CHF 14'851'025, soit un actif net de CHF 7'313'155. La totalité du capital-actions de la société absorbante et de la société absorbée étant détenue par la même société, la fusion ne donne lieu à aucune augmentation du capital. |
| 9 | | La société est dissoute par suite de faillite prononcée par jugement du Tribunal civil du district du Val-de-Travers, en date du 24.11.2004. |

| Réf. | Organe de publication - mode de communication aux actionnaires |
|---|---|
| 1 | FOSC |

| | Journal | | Publication FOSC | |
|---|---|---|---|---|
| Réf. | Numéro | Date | Date | Page |
| | report | | | |
| 1 | 92 | 12.09.1995 | 25.09.1995 | 5295 |
| 2 | 1643 | 29.07.1998 | 11.08.1998 | 5549 |
| 3 | 2679 | 21.12.1998 | 08.01.1999 | 117 |
| 4 | 520 | 27.02.2002 | 05.03.2002 | 8 |

Case Name: Mayne Pharma (USA) Inc. v. American Pharmaceutical Partners, Inc.
Defendant: Bigmar-Bioren Pharmaceuticals, S.A.
Court Case No: 04-1564-KAJ

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1)     that the document has been served*
       - the (date) _____
       - at (place, street, number) _____

    in one of the following methods authorized by article 5-
    [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    [ ] (b) in accordance with the following particular method*:_____

    [ ] (c) by delivery to the addressee, who accepted it voluntarily*.

The document referred to in the request have been delivered to:
    - (identity and description of person)_____
    - relationship to the addressee (family, business or other):_____

2)     that the document has not been served, by reason of the following facts*:
    *The addressee BIGMAR-BIOREN PHARMACEUTICAL SA, has no offices in the Ticino Canton (see attachment)*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

LIST OF DOCUMENTS: Summary of the Documents to be Served, Complaint, Order Authorizing Special Process Server, Letter, Alias Summons in a Civil Case, Plaintiff's Rule 7.1(a) Disclosure Statement, Civil Cover Street, Notice of Assignment of Judge, Translations

Annexes
Documents returned:
*ORIGINALS*
                                            Done at *(Illegible)* the *3/15/05*

In appropriate cases, documents establishing the service:

                                      Signature and/or stamp.

                                      *(Illegible) [Stamp of Ticino Canton Court]*

* Delete if inappropriate.

Trade Register of Neuchatel: Complete abstract                                    Page 1 of 2

Swiss Republic                    Trade Register of Neuchatel
Canton of Neuchatel               **Complete Abstract**

03.22.2005 at 5:00 p.m. [Status as of 03.21.2005]

| Report from | Legal Type | Registration Date | Federal Number | File No. |
|---|---|---|---|---|
| 07.21.1998 | Limited company | 06.18.1987 | CH-645-1006542-5 | 60097/1987 |

| Ref. | Company name | Ref | Headquarters |
|---|---|---|---|
| 9 | Bigmar-Bioren Pharmaceuticals S.A. in liquidation | 1 | Couvet (formerly Neuchatel) |

| Ref. | Address | Ref. | By-laws Dates |
|---|---|---|---|
| 1 | rue des Iles 4b | 1 | 07.17.1986 |
|   |   |   | 03.15.1993 |
|   |   | 7 | 07.10.2003 (new) |

**Capital-Shares**

| Ref. | Nominal | Paid-up Capital | Shares |
|---|---|---|---|
| 1 | CHF 5,000,000 [CHF = Swiss francs] | CHF 5,000,000 | 5,000 shares at CHF 1,000, nominal |

| Reg. | Cancel. | Contributions in kind, claims on assets, special advantages |
|---|---|---|
| 1 |   | Claims on assets: one building located in Switzerland for a maximum price of 6,400,000 CHF. |

| Reg. | Cancel. | Purpose, observations |
|---|---|---|
| 1 |   | Purpose: Buying, selling and manufacturing chemical and pharmaceutical products; acquiring participating interests. |

| 1 | Management: one or more members |
|---|---|
| 7 | As per article 748 CO, the "Bigmar Pharmaceutical SA" company located at Couvet had, based on balance sheet of 12.31.2002, assets of CHF 22,164,180 and liabilities of about CHF 14,851,025, or net assets of CHF 7,313,155. Because the total capital-shares of the absorbing company and absorbed company are held by the same company, the merger does not give rise to any increase in capital. |
| 9 | The company has been dissolved as a result of bankruptcy declared by the decision of the Civil Court of the District of Val-de-Travers, on 11.24.2004. |

Trade Register of Neuchatel: Complete abstract  Page 2 of 2

| Ref. | Publication system - Method of informing shareholders | | | |
|---|---|---|---|---|
| 1 | FOSC | | | |

| | | Log | FOSC Publication | |
|---|---|---|---|---|
| Ref. | No. | Date | Date | Page |
| | Report | | | |
| 1 | 92 | 09.12.1995 | 09.25.1995 | 5295 |
| 2 | 1643 | 07.29.1998 | 08.11.1998 | 5549 |
| 3 | 2679 | 12.21.1998 | 01.08.1999 | 117 |
| 4 | 520 | 02.27.2002 | 03.05.2002 | 8 |
| 5 | 602 | 03.11.2002 | 03.15.2002 | 10 |
| 6 | 2000 | 07.16.2002 | 07.22.2002 | 8 |
| 7 | 1735 | 07.11.2003 | 07.17.2003 | 9 |
| 8 | 2233 | 09.15.2004 | 09.21.2004 | 9 |
| 9 | 3130 | 12.21.2004 | 12.27.2004 | 15 |

| Ref. | | | Management, auditing body and persons with authorized signature | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Canc. | Last and first name(s), origin, domicile | Functions | Signing method |
| | 7 | | Kramer, Bernard, Hasle bei Burgdorf, Couvet | adm. | personal signature |
| 7 | | | "BDO International AG", Zurich | auditor | |

03.22.2005 at 5:00 p.m. [status as of 03.21.2005]

*The above information is being provided without any guaranties; it is not subject to publicity and is attached only to the corresponding certified abstract provided by the cantonal office of the Trade Register and to texts published in the Official Swiss Trade Gazette (FOSC).*

With cancellation

Searched in Switzerland          Searched at Neuchatel          Home Neuchatel

If you have a problem with our Web server, kindly send us an electronic message.