IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAYNE PHARMA (USA) INC.,                    )
                                            )
                Plaintiff,                  )
                                            )
        v.                                  )        Civil Action No. 04-1564-KAJ
                                            )
AMERICAN PHARMACEUTICAL                     )
PARTNERS, INC., BIGMAR, INC., and           )
BIGMAR-BIOREN PHARMACEUTICALS,              )
S.A.,                                       )
                                            )
                Defendants.                 )

## ORDER

Oral argument on defendants' motion to dismiss (D.I. 17) in the above-captioned action will be heard on **June 30, 2005** beginning at 9:00 a.m. and concluding at 10:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE

Dated:    June 13, 2005
Wilmington, Delaware