IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAYNE PHARMA (USA) INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1564 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN PHARMACEUTICAL | ) | |
| PARTNERS, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 15th day of June 2005, it appearing from the affidavit of Adam W. Poff, Esq., that the defendant Bigmar, Inc. has not answered or otherwise moved with respect to the complaint, and the plaintiff having requested the entry of a default,

IT IS HEREBY ORDERED, in accordance with FRCP 55(a) that a default is hereby entered against the defendant Bigmar, Inc.

_____
DEPUTY CLERK

Wilmington, Delaware