IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1564 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| AMERICAN PHARMACEUTICAL ) | |
| PARTNERS, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

### CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 15th day of June 2005, it appearing from the affidavit of Adam W. Poff, Esq., that the defendant Bigmar-Bioren Pharmaceuticals, S.A. has not answered or otherwise moved with respect to the complaint, and the plaintiff having requested the entry of a default,

IT IS HEREBY ORDERED, in accordance with FRCP 55(a) that a default is hereby entered against the defendant Bigmar-Bioren Pharmaceuticals, S.A.

_____
DEPUTY CLERK

Wilmington, Delaware