IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. 04-1564-KAJ |
| AMERICAN PHARMACEUTICAL ) | |
| PARTNERS, INC., BIGMAR, INC. ) | |
| BIGMAR-BIOREN PHRMACEUTICALS, ) | |
| S.A., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Carlton A. Varner, Joseph F. Coyne, Jr., and Mark S. Greenstone, of Sheppard, Mullin, Richter & Hampton LLP, 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448, to represent defendant American Pharmaceutical Partners, Inc. this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Thomas C. Grimm
Thomas C. Grimm (#1098)
1201 North Market Street, P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
*Attorneys for Defendant*
*American Pharmaceutical Partners, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 24, 2005

Signed: *Carlton Varner*
Carlton A. Varner
SHEPPARD, MULLIN, RICHTER
  & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
(213) 620-1780

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 24, 2005

Signed: /s/ Joseph F. Coyne, Jr.
Joseph F. Coyne, Jr.
SHEPPARD, MULLIN, RICHTER
 & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA  90071-1448
(213) 620-1780

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 24, 2005

Signed: _____
Mark S. Greenstone
SHEPPARD, MULLIN, RICHTER
  & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA  90071-1448
(213) 620-1780

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Adam Wyatt Poff (apoff@ycst.com).

_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

471389