IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUN 30 PM 4: 24

| | |
|---|---|
| MAYNE PHARMA (USA) INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1564-KAJ |
| ) | |
| AMERICAN PHARMACEUTICAL ) | |
| PARTNERS, INC., BIGMAR, INC., and ) | |
| BIGMAR-BIOREN PHARMACEUTICALS, ) | |
| S.A., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth by the Court during the hearing today,

IT IS HEREBY ORDERED that defendant American Pharmaceutical Partners, Inc.'s motion to dismiss (D.I. 17) is DENIED.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 30, 2005
Wilmington, Delaware