IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., | |
| Plaintiff, | |
| v. | C. A. No. 04-1564-KAJ |
| AMERICAN PHARMACEUTICAL PARTNERS, INC., BIGMAR, INC., BIGMAR-BIOREN PHARMACEUTICALS, S.A., | |
| Defendants. | |

### NOTICE OF SERVICE

I hereby certify that on August 5, 2005, copies of Defendant American Pharmaceutical Partners, Inc.'s First Set of Requests for Documents Propounded to Plaintiff Mayne Pharma (USA) Inc. (Nos. 1-84); Defendant American Pharmaceutical Partners, Inc.'s First Set of Requests for Admissions Propounded to Plaintiff Mayne Pharma (USA) Inc. (Nos. 1-4); and Defendant American Pharmaceutical Partners, Inc.'s First Set of Interrogatories Propounded to Plaintiff Mayne Pharma (USA) Inc. (Nos. 1-23) were served upon counsel of record in the manner indicated:

**BY HAND**

Adam Wyatt Poff
C. Barr Flinn
YOUNG, CONAWAY, STARGATT
   & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

                                                MORRIS, NICHOLS, ARSHT & TUNNELL

                                                */s/ Thomas C. Grimm*
                                                _____
                                                Thomas C. Grimm (#1098)
                                                Jerry C. Harris (#4262)
                                                1201 N. Market Street
                                                P.O. Box 1347
                                                Wilmington, DE  19899-1347
                                                (302) 658-9200
                                                  *Attorneys for Defendant*
                                                  *American Pharmaceutical Partners, Inc.*

OF COUNSEL:

Joseph F. Coyne, Jr.
Carlton A. Varner
Heather M. Cooper
SHEPPARD, MULLIN, RICHTER
  & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA  90071-1448
(213) 620-1780

August 5, 2005
477622

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Adam Wyatt Poff (apoff@ycst.com) and C. Barr Flinn (cflinn@ycst.com).

I also certify that on August 5, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Adam Wyatt Poff
C. Barr Flinn
YOUNG, CONAWAY, STARGATT
  & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com