IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN PHARMACEUTICAL )<br>PARTNERS, INC., BIGMAR, INC., )<br>and BIGMAR-BIOREN )<br>PHARMACEUTICALS, S.A., )<br>)<br>Defendants. ) | C.A. No. 04-1564-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff, hereby certify that on August 25, 2005 copies of Plaintiff Mayne Pharma (USA) Inc.'s First Set of Requests For Production of Documents Directed at Defendants American Pharmaceutical Partners, Inc. were caused to be served on the following counsel of record the manner indicated:

**BY HAND DELIVERY**

Thomas C. Grimm, Esquire
Morris Nichols Arhst & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Carlton A. Varner, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 26, 2005, upon the following counsel of record in the manner indicated:

**BY E-FILING HAND DELIVERY**

Thomas C. Grimm, Esquire
Morris Nichols Arhst & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Carlton A. Varner, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn (#4902)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 1899-0391
*Attorneys for Plaintiff Mayne Pharma (USA) Inc.*

August 26, 2005