# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M STARGATT
BEN T CASTLE
SHELDON N SANDLER
RICHARD A LEVINE
RICHARD A ZAPPA
FREDERICK W IOBST
RICHARD H MORSE
DAVID C MCBRIDE
JOSEPH M NICHOLSON
CRAIG A KARSNITZ
BARRY M WILLOUGHBY
JOSY W INGERSOLL
ANTHONY G FLYNN
JEROME K GROSSMAN
EUGENE A DIPRINZIO
JAMES L PATTON, JR
ROBERT L THOMAS
WILLIAM D JOHNSTON
TIMOTHY J SNYDER
BRUCE L SILVERSTEIN
WILLIAM W BOWSER
LARRY J TARABICOS
RICHARD A DILIBERTO, JR
MELANIE K SHARP
CASSANDRA F ROBERTS

RICHARD J A POPPER
TERESA A CHEEK
NEILLI MULLEN WALSH
JANET Z CHARLTON
ROBERT S BRADY
JOEL A WAITE
BRENT C SHAFFER
DANIEL P JOHNSON
CRAIG D GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S LESSNER
PAULINE K MORGAN
C BARR FLINN
NATALIE WOLF
LISA B GOODMAN
JOHN W SHAW
JAMES P HUGHES, JR
EDWIN J HARRON
MICHAEL R NESTOR
MAUREEN D LUKE
ROLIN P BISSELL
SCOTT A HOLT
JOHN T DORSEY
M BLAKE CLEARY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

———

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-5032
DIRECT FAX:  302-576-3440
fmuttamara-walker@ycst.com

ATHANASIOS E AGELAKOPOULOS
JOSEPH M BARRY
SEAN M BEACH
DONALD J BOWMAN, JR
TIMOTHY P CAIRNS
CURTIS J CROWTHER
MARGARET M DIBIANCA
ERIN EDWARDS
KENNETH J ENOS
IAN S FREDERICKS
JAMES J GALLAGHER
DANIELLE GIBBS
ALISON G M GOODMAN
SEAN T GREECHER
KARA S HAMMOND
STEPHANIE L HANSEN
DAWN M JONES
RICHARD S JULIE
KAREN E KELLER
JENNIFER M KINKUS
EDWARD J KOSMOWSKI

JOHN C KUFFEL
TIMOTHY E LENGKEEK
MATTHEW B LUNN
JOSEPH A MALFITANO
ADRIA B MARTINELLI
MICHAEL W MCDERMOTT
MARIBETH L MINELLA
EDMON L MORTON
D FON MUTTAMARA-WALKER
JENNIFER R NOEL
JOHN J PASCHETTO
ADAM W POFF
SETH J REIDENBERG
FRANCIS J SCHANNE
MICHELE SHERRETTA
MICHAEL P STAFFORD
JOHN E TRACEY
MARGARET B WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M ZIEG

SPECIAL COUNSEL
JOHN D MCLAUGHLIN, JR
ELENA C NORMAN (NY ONLY)
PATRICIA A WIDDOSS

OF COUNSEL
STUART B YOUNG
EDWARD B MAXWELL, 2ND

September 22, 2005

## VIA HAND DELIVERY AND E-FILING

The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

> Re: Mayne Pharma (USA), Inc. v. American Pharmaceutical
> Partners, Inc., *et al.*: C. A. No. 04-1564-KAJ

Dear Judge Jordan:

Enclosed please find a Joint Stipulation and Protective Order that we filed on behalf of both parties today.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

D. Fon Muttamara-Walker (#4646)

DFMW:y
Enclosure

cc:    Thomas C. Grimm, Esquire (via e-filing)
      Heather M. Cooper, Esquire (via e-mail)