# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN PHARMACEUTICAL PARTNERS, INC., BIGMAR, INC., BIGMAR-BIOREN PHARMACEUTICALS, S.A.,<br><br>Defendants. | C. A. No. 04-1564-KAJ |

## ACKNOWLEDGMENT OF STIPULATED PROTECTIVE ORDER

I, _____, acknowledge and declare as follows:

My home address is: _____
_____.

My present employer, employer's address and telephone number are: _____
_____
_____.

My present occupation, job description and title are _____
_____
_____.

I have carefully read and understand the Joint Stipulation and Protective Order which has been entered by the United States District Court for the District of Delaware in the above-captioned action. The defined terms in the Joint Stipulation and Protective Order have the same meaning in this Acknowledgment.

2

      Pursuant to the Joint Stipulation and Protective Order, I may be given access to information designated "Confidential" and/or "Highly Confidential" by a party or non-party in this action. As a condition of access to that information, and in consideration of that access, I agree that I shall be bound by and comply with all the terms of the Joint Stipulation and Protective Order, including without limitation those requiring that "Confidential" and/or "Highly Confidential" information be used only for purposes of this lawsuit and prohibiting disclosure or use of such information for any business, proprietary, commercial or competitive purpose, and I submit to the jurisdiction of this Court for the purpose of enforcement of the Joint Stipulation and Protective Order.

      By reason of this Acknowledgement, the obligations imposed on me by the Joint Stipulation and Protective Order shall be enforceable by the party designating information "Confidential" or "Highly Confidential" or their designated agents, assignees to redress any breach of the Joint Stipulation and Protective Order of this Acknowledgement.

Accepted and Agreed: _____

  Dated:                 _____