IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAYNE PHARMA (USA) INC.,

      Plaintiff,

     v.

AMERICAN PHARMACEUTICAL
PARTNERS, INC., BIGMAR, INC.,
BIGMAR-BIOREN
PHARMACEUTICALS, S.A.,

      Defendants.

C.A. No. 04-1564-KAJ

## NOTICE OF SERVICE

    I certify that on September 30, 2005, copies of DEFENDANT AMERICAN

PHARMACEUTICAL PARTNERS, INC.'S INITIAL DISCLOSURES PURSUANT TO RULE

26(a)(1) were caused to be served upon counsel of record in the manner indicated:

    **BY FEDERAL EXPRESS**

    Adam Wyatt Poff
    YOUNG, CONAWAY, STARGATT & TAYLOR LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE  19899

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Thomas C. Grimm*

OF COUNSEL:

Joseph F. Coyne, Jr.
Carlton A. Varner
Heather M. Cooper
SHEPPARD, MULLIN, RICHTER
  & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA  90071-1448
(213) 620-1780

September 30, 2005

        _____
        Thomas C. Grimm (#1098)
        Jerry C. Harris (#4262)
        1201 N. Market Street, P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        tgrimm@mnat.com
        jharris@mnat.com
        *Attorneys for Defendant*
        *American Pharmaceutical Partners, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Adam Wyatt Poff (apoff@ycst.com) and C. Barr Flinn (cflinn@ycst.com).

I also certify that on September 30, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND

Adam Wyatt Poff
C. Barr Flinn
YOUNG, CONAWAY, STARGATT
  & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

477622