IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-1564-KAJ |
| AMERICAN PHARMACEUTICAL PARTNERS, INC., BIGMAR, INC., and BIGMAR-BIOREN PHARMACEUTICALS, S.A., | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff, hereby certify that on September 30, 2005 copies of Plaintiff Mayne Pharma (USA) Inc.'s Initial Disclosures were caused to be served on the following counsel of record the manner indicated:

**BY HAND DELIVERY**

Thomas C. Grimm, Esquire
Morris Nichols Arhst & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Carlton A. Varner, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on October 3, 2005, upon the following counsel of record in the manner indicated:

**BY E-FILING HAND DELIVERY**

Thomas C. Grimm, Esquire
Morris Nichols Arhst & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Carlton A. Varner, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (#4902)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 1899-0391

*Attorneys for Plaintiff Mayne Pharma (USA) Inc.*

October 3, 2005