IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN PHARMACEUTICAL ) <br> PARTNERS, INC., BIGMAR, INC., ) <br> and BIGMAR-BIOREN ) <br> PHARMACEUTICALS, S.A., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 04-1564-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff, hereby certify that on October 7, 2005 copies of (1) Plaintiff Mayne Pharma (USA) Inc.'s Response To Defendant American Pharmaceutical Partners, Inc.'s First Set of Requests for Documents, (2) Plaintiff Mayne Pharma (USA) Inc.'s Response To Defendant American Pharmaceutical Partners, Inc.'s First Set of Requests For Admission and, (3) this Notice of Service were caused to be served on the following counsel of record the manner indicated:

**BY HAND DELIVERY**

Thomas C. Grimm, Esquire
Morris Nichols Arhst & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

DB01:1829627.1                                                                                                      063688.1001

**BY FEDERAL EXPRESS**

Carlton A. Varner, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn (#4902)
Adam W. Poff (#3990)
D. Fon Muttamara-Walker (#4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 1899-0391

*Attorneys for Plaintiff Mayne Pharma (USA) Inc.*

Dated: October 7, 2005