IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN PHARMACEUTICAL PARTNERS, INC., BIGMAR, INC., and BIGMAR-BIOREN PHARMACEUTICALS, S.A.,<br><br>Defendants. | C.A. No. 04-1564-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff, hereby certify that on October 26, 2005 copies of (1) Plaintiff Mayne Pharma (USA) Inc.'s [Verified] Response to Defendant American Pharmaceutical Partners, Inc.'s First Set of Interrogatories were caused to be served on the following counsel of record the manner indicated:

**BY HAND DELIVERY**

Thomas C. Grimm, Esquire
Morris Nichols Arhst & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Carlton A. Varner, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071

PLEASE TAKE FURTHER NOTICE that on October 26, 2005, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

Thomas C. Grimm, Esquire
Morris, Nichols, Arhst & Tunnell
P.O. Box 1347
Wilmington, DE 19899

Additionally, I further certify that on October 26, 2005 I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Carlton A. Varner, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (#4902)
Adam W. Poff (#3990)
D. Fon Muttamara-Walker (#4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 1899-0391

*Attorneys for Plaintiff Mayne Pharma (USA) Inc.*

Dated: October 26, 2005