IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN PHARMACEUTICAL PARTNERS, INC., BIGMAR, INC., BIGMAR-BIOREN PHARMACEUTICALS, S.A., <br><br> Defendants. | C.A. No. 04-1564-KAJ |

### NOTICE OF SERVICE

I certify that on November 4, 2005, copies of DEFENDANT AMERICAN PHARMACEUTICAL PARTNERS, INC.'S RESPONSE TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS were caused to be served upon counsel of record in the manner indicated:

**BY HAND**

Adam Wyatt Poff
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Thomas C. Grimm
_____
Thomas C. Grimm (#1098)
Jerry C. Harris (#4262)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
jharris@mnat.com
   Attorneys for Defendant
   American Pharmaceutical Partners, Inc.

OF COUNSEL:

Joseph F. Coyne, Jr.
Carlton A. Varner
Heather M. Cooper
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA  90071-1448
(213) 620-1780

November 4, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Adam Wyatt Poff (apoff@ycst.com) and C. Barr Flinn (cflinn@ycst.com).

I also certify that on November 4, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### **BY HAND**

Adam Wyatt Poff
C. Barr Flinn
YOUNG, CONAWAY, STARGATT
  & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

477622