IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN PHARMACEUTICAL ) <br> PARTNERS, INC., BIGMAR, INC., ) <br> and BIGMAR-BIOREN ) <br> PHARMACEUTICALS, S.A., ) <br> ) <br> Defendants. ) | C.A. No. 04-1564-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff, hereby certify that on February 9, 2006 copies of (1) Plaintiff Mayne Pharma (USA) Inc.'s First Set of Interrogatories (Nos. 1-3) Directed To Defendant American Pharmaceutical Partners, Inc. were caused to be served on the following counsel of record the manner indicated:

**BY HAND DELIVERY**

Thomas C. Grimm, Esquire
Morris Nichols Arhst & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Carlton A. Varner, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071

PLEASE TAKE FURTHER NOTICE that on February 9, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

DB01:1829627.1                                                                                              063688.1001

Thomas C. Grimm, Esquire
Morris, Nichols, Arhst & Tunnell
P.O. Box 1347
Wilmington, DE 19899

Additionally, I further certify that on February 9, 2006 I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Carlton A. Varner, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (#4902)
Adam W. Poff (#3990)
D. Fon Muttamara-Walker (#4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 1899-0391

*Attorneys for Plaintiff Mayne Pharma (USA) Inc.*

Dated: February 9, 2006