IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN PHARMACEUTICAL PARTNERS, INC., BIGMAR, INC., BIGMAR-BIOREN PHARMACEUTICALS, S.A., <br><br> Defendants. | C.A. No. 04-1564-KAJ |

## NOTICE OF DEPOSITION OF PETER JENKINS

PLEASE TAKE NOTICE that defendant American Pharmaceutical Partners, Inc. will, pursuant to Federal Rule of Civil Procedure 30, take the deposition of Mr. Peter Jenkins, an officer and employee of plaintiff Mayne Pharma (USA) Inc., at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, commencing at 10:00 a.m. on March 2, 2006 and continuing from day to day thereafter.  The deposition shall be recorded by stenographic means.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Thomas C. Grimm
_____
Thomas C. Grimm (#1098)
Jerry C. Harris (#4262)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tcgefiling@mnat.com
jharris@mnat.com
  *Attorneys for Defendant*
  *American Pharmaceutical Partners, Inc.*

OF COUNSEL:

Joseph F. Coyne, Jr.
Carlton A. Varner
Anik Banerjee
SHEPPARD, MULLIN, RICHTER
  & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA  90071-1448
(213) 620-1780

February 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Adam Wyatt Poff (apoff@ycst.com) and C. Barr Flinn (cflinn@ycst.com).

I also certify that on February 9, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Adam Wyatt Poff
C. Barr Flinn
YOUNG, CONAWAY, STARGATT
  & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

505517