IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN PHARMACEUTICAL<br>PARTNERS, INC., BIGMAR, INC.,<br>BIGMAR-BIOREN<br>PHARMACEUTICALS, S.A.,<br><br>Defendants. | C. A. No. 04-1564-KAJ |

## NOTICE OF DEPOSITION OF JACK SILHAVY

TO:  Thomas C. Grimm, Esquire           Joseph F. Coyne, Jr., Esquire
     Jerry C. Harris, Esquire            Carlton A. Varner, Esquire
     Morris, Nichols, Arsht & Tunnell, LLP   Heather M. Cooper, Esquire
     1201 N. Market Street               Sheppard, Mullin, Richter & Hampton LLP
     P.O. Box 1347                       333 South Hope Street, 48th Floor
     Wilmington, DE  19899-1347          Los Angeles, CA  90071-1448

PLEASE TAKE NOTICE that, pursuant to the provisions of Rule 34 of the

Federal Rules of Civil Procedure, plaintiff Mayne Pharma (USA) Inc., through its attorneys, will

take the deposition upon oral examination of Jack Silhavy, an employee of defendant American

Pharmaceutical Partners, Inc., commencing on April 6, 2006, beginning at 10:00 A.M., and

continuing from day to day thereafter until completed, at the law offices of Winston & Strawn,

LLP, 35 W. Wacker Drive, Chicago, IL 60601-9703, or at such other time and place as may be

mutually agreed upon by the parties.

The deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means and may be audiotaped.

February 20, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn  (No. 4092)
Adam W. Poff  (No. 3990)
D. Fon Muttamara-Walker  (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6698

*Attorneys for Plaintiff Mayne Pharma (USA), Inc.*

2

## CERTIFICATE OF SERVICE

I, D. Fon Muttamara-Walker, Esquire, hereby certify that on February 20, 2006, I caused

to be electronically filed a true and correct copy of the foregoing document with the Clerk of the

Court using CM/ECF, which will send notification that such filing is available for viewing and

downloading to the following counsel of record:

> Thomas C. Grimm, Esquire
> Jerry C. Harris, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on February 20, 2006, I caused copies of the foregoing document to

be served by hand delivery on the above-listed counsel of record and in the manner indicated

below following non-registered parties:

### BY FIRST CLASS MAIL

> Joseph F. Coyne, Jr., Esquire
> Carlton A. Varner, Esquire
> Heather M. Cooper, Esquire
> Sheppard, Mullin, Richter & Hampton LLP
> 333 South Hope Street , 48th Floor
> Los Angeles, CA 90071-1448

YOUNG CONAWAY STARGATT & TAYLOR, LLP

D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
fmuttamara-walker@ycst.com
Attorneys for Plaintiff

DB01:1595498.1