IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC.<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN PHARMACEUTICAL PARTNERS, INC., BIGMAR, INC., BIGMAR-BIOREN PHARMACEUTICALS, S.A.,<br><br>    Defendants. | C. A. No. 04-1564-KAJ |

### NOTICE OF DEPOSITION OF MARIE THOMPSON

TO:  Thomas C. Grimm, Esquire          Joseph F. Coyne, Jr., Esquire
      Jerry C. Harris, Esquire              Carlton A. Varner, Esquire
      Morris, Nichols, Arsht & Tunnell, LLP  Heather M. Cooper, Esquire
      1201 N. Market Street              Sheppard, Mullin, Richter & Hampton LLP
      P.O. Box 1347                      333 South Hope Street, 48th Floor
      Wilmington, DE 19899-1347         Los Angeles, CA 90071-1448

PLEASE TAKE NOTICE that, pursuant to the provisions of Rule 34 of the Federal Rules of Civil Procedure, plaintiff Mayne Pharma (USA) Inc., through its attorneys, will take the deposition upon oral examination of Marie Thompson, an employee of defendant American Pharmaceutical Partners, Inc., commencing on May 3, 2006, beginning at 10:00 A.M., and continuing from day to day thereafter until completed, at the law offices of Winston & Strawn, LLP, 35 W. Wacker Drive, Chicago, IL 60601-9703, or at such other time and place as may be mutually agreed upon by the parties.

The deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means and may be audiotaped.

April 18, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn  (No. 4092)
Adam W. Poff  (No. 3990)
D. Fon Muttamara-Walker  (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6698

*Attorneys for Plaintiff Mayne Pharma (USA), Inc.*

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on April 18, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Thomas C. Grimm, Esquire
>Jerry C. Harris, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on April 18, 2006, I caused copies of the foregoing document to be served by hand delivery on the above-listed counsel of record and in the manner indicated below following non-registered parties:

### BY FEDEERAL EXPRESS

>Joseph F. Coyne, Jr., Esquire
>Carlton A. Varner, Esquire
>Heather M. Cooper, Esquire
>Sheppard, Mullin, Richter & Hampton LLP
>333 South Hope Street , 48th Floor
>Los Angeles, CA 90071-1448

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
fmuttamara-walker@ycst.com
Attorneys for Plaintiff

DB01:1595498.1