## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1564-KAJ |
| AMERICAN PHARMACEUTICAL PARTNERS, INC., BIGMAR, INC., and BIGMAR-BIOREN PHARMACEUTICALS, S.A., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **4ᵗʰ** day of **May, 2006**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, May 17, 2006 beginning at 10:00 a.m. has been rescheduled to **Friday, December 1, 2006 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, November 17, 2006.** All other provisions of the Court's October 3, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE