IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN PHARMACEUTICAL ) <br> PARTNERS, INC., BIGMAR, INC., ) <br> and BIGMAR-BIOREN ) <br> PHARMACEUTICALS, S.A., ) <br> ) <br> Defendants. ) | C.A. No. 04-1564 -KAJ |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Mayne Pharma (USA), Inc., through its undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby dismisses without prejudice its claims in the above-captioned action against defendants Bigmar, Inc. and Bigmar-Bioren Pharmaceuticals, S.A.

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Mayne Pharma (USA) Inc.*

DB01:1580349.1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that I caused copies of the foregoing document to be served on July 7, 2006, upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Thomas C. Grimm, Esquire
Morris, Nichols, Arhst & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Carlton A. Varner, Esquire
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071

_____
Adam W. Poff (#3990)

DB01:1578963.3