IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA (USA) INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN PHARMACEUTICAL )<br>PARTNERS, INC., BIGMAR, INC., )<br>and BIGMAR-BIOREN )<br>PHARMACEUTICALS, S.A., )<br>)<br>Defendants. )<br>) | C.A. No. 04-1564 -KAJ |

### STIPULATED DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED, by and between plaintiff Mayne Pharma (USA), Inc. ("Mayne") and defendant American Pharmaceutical Partners, Inc. ("APP"), through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that Mayne's claims against APP in the above-captioned action are dismissed without prejudice.

| | |
|---|---|
| YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP | MORRIS NICHOLS ARSHT & TUNNELL |
| [signature]<br>_____<br>C. Barr Flinn (No. 4092)<br>Adam W. Poff (No. 3990)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br><br>*Attorneys for Mayne Pharma (USA) Inc.* | /s/ Thomas C. Grimm<br>_____<br>Thomas C. Grimm (No. 1098)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>(302) 575-7273<br>tgrimm@mnat.com<br><br>*Attorneys for American Pharmaceutical Partners, Inc.* |