REVIEWED
By Larisha Davis at 10:53 am, Jun 26, 2007

CLOSED, MEDIATION

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01564-KAJ
### Internal Use Only

| | |
|---|---|
| Mayne Pharma USA Inc v. American Pharma Part, et al | Date Filed: 12/29/2004 |
| Assigned to: Honorable Kent A. Jordan | Date Terminated: 07/07/2006 |
| Demand: $0 | Jury Demand: Plaintiff |
| Cause: 28:1337 Sherman-Clayton Act | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mayne Pharma USA Inc**     represented by   **Adam Wyatt Poff**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: apoff@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Pharmaceutical Partners, Inc.**     represented by   **Adam Wyatt Poff**
(See above for address)
*TERMINATED: 04/20/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas C. Grimm**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: tcgefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bigmar Inc.**

**Defendant**

**Bigmar-Bioren Pharmaceuticals, S.A.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2004 | 1 | SEALED COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 137449 (dab) (Entered: 12/30/2004) |
| | | |

| | | |
|---|---|---|
| 12/29/2004 | | DEMAND for jury trial by Mayne Pharma USA Inc (dab) (Entered: 12/30/2004) |
| 12/29/2004 | | SUMMONS(ES) issued for American Pharma Part, Bigmar Inc., Bigmar-Bioren (dab) (Entered: 12/30/2004) |
| 01/04/2005 | 2 | RETURN OF SERVICE executed as to American Pharma Part 12/30/04 Answer due on 1/19/05 for American Pharma Part (dab) (Entered: 01/05/2005) |
| 01/04/2005 | 3 | RETURN OF SERVICE executed as to Bigmar Inc. 12/30/04 Answer due on 1/19/05 for Bigmar Inc. (dab) (Entered: 01/05/2005) |
| 01/04/2005 | 4 | RETURN OF SERVICE executed as to Bigmar-Bioren 12/30/04 Answer due on 1/19/05 for Bigmar-Bioren (dab) (Entered: 01/05/2005) |
| 01/05/2005 | 5 | CASE assigned to Judge Kent A. Jordan . Notice to all parties. (dcap) (Entered: 01/05/2005) |
| 01/11/2005 | 6 | Disclosure Statement pursuant to Rule 7.1 by Mayne Pharma USA Inc (rwc) (Entered: 01/11/2005) |
| 01/20/2005 | 7 | RETURN OF SERVICE executed as to Bigmar Inc. 1/19/05; Answer due on 2/8/05 for Bigmar Inc. (rwc) (Entered: 01/20/2005) |
| 01/25/2005 | 8 | REQUEST by Mayne Pharma USA Inc for Entry of Default Against Defendant Bigmar, Inc. (rwc) (Entered: 01/26/2005) |
| 01/25/2005 | 9 | AFFIDAVIT of Adam Poff filed by Mayne Pharma USA Inc., in support of [8-1] Request for Default. (rwc) (Entered: 01/26/2005) |
| 01/25/2005 | 10 | REQUEST by Mayne Pharma USA Inc for Entry of Default Against Defendant American Pharmaceutical Partners, Inc. (rwc) (Entered: 01/26/2005) |
| 01/25/2005 | 11 | AFFIDAVIT of Adam Poff filed by Mayne Pharma USA Inc., in support of [10-1] Request for Default. (rwc) (Entered: 01/26/2005) |
| 01/26/2005 | 12 | AFFIDAVIT by Mayne Pharma USA Inc Re: Service pursuant to Non-Residence Statute 10 Del. C. sec. 3104 as to Deft Bigmar-Bioren Pharmaceutical, S.A. (rwc) Modified on 2/22/2005 (rwc, ). (SEALED) (Entered: 01/27/2005) |
| 02/01/2005 | 13 | STIPULATION with proposed order withdrawing Request [DI#10] for Entry of Default and extending time to 2/25/05 for Deft American Pharmaceutical Partners, Inc., to file an Answer or otherwise respond to the Complaint. (rwc) (Entered: 02/02/2005) |
| 02/01/2005 | | (Court only) **Added for American Pharma Part attorney Thomas C. Grimm per DI#13 (rwc) (Entered: 02/02/2005) |
| 02/03/2005 | | So Ordered granting [13-1] stipulation reset Answer deadline to 2/25/05 for American Pharma Part ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 02/04/2005) |
| 02/17/2005 | 14 | PRAECIPE filed by Adam Wyatt Poff on behalf of Mayne Pharma USA Inc requesting Clerk to issue Alias Summons for Deft Bigmar-Bioren (rwc, ) (Entered: 02/18/2005) |
| 02/18/2005 | | ALIAS Summons Issued as to Bigmar-Bioren Pharmaceuticals, S.A. on 2/17/2005. (rwc, ) (Entered: 02/18/2005) |
| 02/18/2005 | 15 | Letter dated 2/18/05 to Clerk from Mark Rigney, Paralegal, Re: Request to place DI#12 Under Seal. (rwc, ) (Entered: 02/22/2005) |
| 02/23/2005 | 16 | MOTION for Authorization to Appoint Special Process Server - filed by Mayne Pharma USA Inc. (rwc, ) (Entered: 02/24/2005) |
| 02/25/2005 | 17 | MOTION to Dismiss for Failure to State a Claim - filed by American Pharmaceutical Partners, Inc. (ntl, ) (Entered: 02/28/2005) |