UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

August 29 , 2007

Adam Wyatt Poff, ESQ.
Young, Conaway,Stargatt & Taylor
apoff@ycst.com

RE: **Mayne Pharma USA Inc v. American Pharma Part, et al**
Civ. No. **04-cv-01564-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 1,12.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *Evette Wait*

I hereby acknowledge receipt of the above mentioned documents on ____AUG 3 0 2007____

*Jon Durandetta*
Signature